```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19472
   CHARLES E SMITH JR
   LATRECE E BANKS SMITH                     CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2495      SSN XXX-XX-6517


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/20/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
NATIONAL AUTO FINANCE CO  SECURED VEHIC     17340.46         230.47         1421.42
NATIONAL AUTO FINANCE CO  UNSECURED        NOT FILED            .00             .00
AMERICAN GENERAL FINANCE  SECURED VEHIC      2758.00          36.63          227.90
HSBC MORTGAGE             CURRENT MORTG          .00            .00             .00
HSBC MORTGAGE             MORTGAGE ARRE      1016.94            .00             .00
LITTON LOAN SERVICING     CURRENT MORTG          .00            .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE      8747.69            .00             .00
ADVANCE AMERICA           UNSECURED        NOT FILED            .00             .00
ADVANCE AMERICA           UNSECURED        NOT FILED            .00             .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED            .00             .00
AMERICAN GENERAL FINANCE  NOTICE ONLY      NOT FILED            .00             .00
AMERICASH LOANS           UNSECURED        NOT FILED            .00             .00
AMERICASH LOANS           UNSECURED        NOT FILED            .00             .00
ARONSON FURNITURE         UNSECURED        NOT FILED            .00             .00
ARONSON FURNITURE         UNSECURED        NOT FILED            .00             .00
BALLYS                    UNSECURED        NOT FILED            .00             .00
BALLYS                    UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED            90.00            .00             .00
AMERICAN STUDENT ASSISTA  UNSECURED              .00            .00             .00
COMMERCIAL CHECK CONTROL  NOTICE ONLY      NOT FILED            .00             .00
COMMERCIAL CHECK CONTROL  UNSECURED        NOT FILED            .00             .00
CREDIT PROTECTION         UNSECURED        NOT FILED            .00             .00
CREDIT PROTECTION         UNSECURED        NOT FILED            .00             .00
DIVERSIFIED CONSULTANTS   NOTICE ONLY      NOT FILED            .00             .00
ECHELON RECOVERY INC      NOTICE ONLY      NOT FILED            .00             .00
PREMIER BANKCARD          UNSECURED           445.21            .00             .00
HEIGHTS FIN               UNSECURED          1013.17            .00             .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00             .00
MONTEREY FINANCIAL        UNSECURED        NOT FILED            .00             .00
MONTEREY FINANCIAL        UNSECURED        NOT FILED            .00             .00
NATIONWIDE ACCEPTANCE~    UNSECURED        NOT FILED            .00             .00
NICOR GAS                 UNSECURED           389.21            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19472 CHARLES E SMITH JR & LATRECE E BANKS SMITH
```

```
PAYDAY LOAN STORE         UNSECURED       NOT FILED            .00            .00
T MOBILE                  UNSECURED         279.20             .00            .00
CHASE BANK USA NA         UNSECURED        1886.55             .00            .00
ECMC                      UNSECURED        3212.28             .00            .00
MONTEREY FINANCIAL        SECURED          1450.00             .00          71.00
MONTEREY COLLECTIONS      UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
JP MORGAN CHASE BANK      UNSECURED       NOT FILED            .00            .00
ISAC                      UNSECURED        3222.61             .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     2,700.00                            .00
TOM VAUGHN                TRUSTEE                                           149.58
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                   2,137.00

PRIORITY                                                 .00
SECURED                                             1,720.32
    INTEREST                                          267.10
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                  149.58
DEBTOR REFUND                                            .00
                          ---------------      ---------------
TOTALS                    2,137.00                  2,137.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/23/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE